UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

BRAJAN TOLA,

                    Defendant.

-------------------------------------------------------------X

20-CR-00660 (ALC)-10

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2021

**SARAH NETBURN, United States Magistrate Judge:**

    A hearing is scheduled in this case for Monday, October 4, 2021, at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

DATED:    September 22, 2021
                  New York, New York

_____
SARAH NETBURN
United States Magistrate Judge