# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 4, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Brajan Tola*
      **20 CR 660 (RA)**

Dear Judge Abrams:

I am the attorney for Brajan Tola in the above-referenced matter. On December 10, 2020, Mr. Tola was released on a $100,000 personal recognizance bond co-signed by 3 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York and surrender of his passport to Pretrial Services.  The purpose of this letter is to respectfully request that Mr. Tola be permitted to obtain his passport from Pretrial Services, at their discretion, in order to get a marriage license.  Once he obtains the license, Mr. Tola will immediately surrender his passport back to Pretrial Services.  Both the Government and Pretrial Services consent to this request.  Accordingly, it is respectfully requested that Mr. Tola be permitted to obtain his passport for the purposes of obtaining a marriage license.  The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   The Honorable Sarah Netburn (*via ECF*)
      All Counsel (*via ECF*)
      USPSO Dayshawn Bostic (*via email*)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 4, 2021